

**Transfer of Jurisdiction – Bryan Anthony Maillet**
**Tina Wood**      to: InterdistrictTransfer_MSSD          03/17/2016 10:26 AM

In accordance with the Transfer Order, pursuant to 18 U.S.C. 3605, we are transferring the above referenced action to your court.  I am only sending notification via email.  I have attached copies of the docket sheet, judgment, and signed transfer form transferring jurisdiction of the subject probationer or supervised releasee to your court.

The jurisdiction of this defendant was transferred to this Court from the Eastern District of Louisiana.  The only document we received from them was the Judgment.  You will need to get any additional documents from Eastern Louisiana.

Please send a reply email acknowledging receipt and don't hesitate to let us know if we can be of further assistance.


Prob 22 Maillet .pdf


Malliet Judgment.pdf


Mailliet Docket Sheet.pdf



*Tina Wood*
Case Administrator
USDC, Southern District of Alabama
Tina_Wood@alsd.uscourts.gov
http://www.alsd.uscourts.gov
(251) 690-2371 - ext. 1109